

Associates in Human Development Counseling, LLC
1625 W. Colonial Parkway, 2nd Floor • Inverness, Illinois 60067 • Ph: 847-483-0800

EXHIBIT A

VITAE

Dr. David Finn, Psy.D.
1625 W.Colonial
Parkway
2nd Floor
Inverness, IL 60067
847-483-0800

### Education

| | |
|---|---|
| 1995 to 1999 | Illinois School of Professional Psychology – Meadows Campus<br>Rolling Meadows, Illinois<br>Accreditation: American Psychological Association (APA)<br>Doctor of Psychology; Clinical Psychology (Psy.D.)<br>Licensed Clinical Psychologist (IL #071-006842) |
| 1998 | Illinois School of Professional Psychology – Meadows Campus<br>Rolling Meadows, Illinois<br>Master of Arts in Clinical Psychology |
| 1999 | Harper College<br>Palatine, Illinois<br>Spanish Language Study / Continuing Education Coursework |
| 1993 to 1995 | Bradley University<br>Peoria, Illinois<br>Master of Arts in Counseling |
| 1992 – 1993 | Northern Illinois University<br>DeKalb, Illinois<br>Graduate Student – At – Large/ Clinical Psychology Coursework |
| 1992 | Universidad Autonoma de Guadalajara<br>Guadalajara, Jalisco; Mexico<br>Intensive Spanish Language Study |
| 1987 to 1991 | Loyola University Chicago<br>Bachelor of Science in Psychology |
| 1986 to 1987 | Drake University<br>DesMoines, Iowa<br>Business Administration Studies |



Associates in Human Development Counseling, LLC
2500 W Higgins Rd. Suite 1131 • Hoffman Estates, Illinois 60169 • Ph: 847-483-0800

**Court-Appointed Assessment, Intervention and Treatment Experience**
Parenting Allocation Evaluations [604.10b and 604.10c] including relocation assessments
Domestic Violence Assessment and Intervention
Mental Health Evaluation [Supreme Court Rule 215]
Anger Management Assessment and Intervention
Parenting/Bonding Assessment
Supervised Visitation (Monitored and Therapeutic Visitation)
Divorce Mediation
Parenting Intervention

**Teaching Experience**
| | |
|---|---|
| Illinois School of Professional Psychology | 1996-1999 |
| Roosevelt University | 1998-2000 |
| Adler School of Professional Psychology | 2008 to 2010 |

**Seminars and Workshops Presented**
Domestic Violence Assessments in Custody Evaluations – Association of Family and Conciliation Courts (AFCC) Seventh International Symposium on Child Custody Evaluations: Great Debates in Child Custody Evaluation Atlanta, GA 2006
How to Evaluate and Respond to Allegations of Domestic Violence within the Context of Monitored and Therapeutic Visitation – Supervised Visitation Network in conjunction with California's Access to Visitation Grant Program 2007 Conference.  San Francisco, CA 2007
How to Evaluate and Respond to Allegations of Domestic Violence in Custody Evaluations – Texas Chapter of the Association of Family and Conciliation Courts Annual Conference.  Houston, TX 2008
How to Promote Resilience in Children – Texas Chapter of the Association of Family and Conciliation Courts Annual Conference.  Houston, TX 2008
An Attorney's Guide to Child Development – McHenry County and Lake County Illinois Child Representative Training Program.  Grayslake, Illinois 2008
Considerations and Strategies for Working with High Conflict Families – Texas Chapter of the Associates of Family and Conciliation Courts Annual Conference.  Houston, TX 2009
Practical Approaches to Working with High Conflict Families – Texas Chapter of the Associates of Family and Conciliation Courts Annual Conference.  Houston, TX 2009
What Judges Need to Know about Child Development – Texas Center for the Judiciary Child Protective Services Conference. San Antonio, Texas 2010
Considerations and Strategies in Working with High Conflict Families – Texas Center for the Judiciary Family Violence Conference.  Galveston, Texas. March 2010



Using Child Development Research to Construct Parenting Plans for Attorneys and Child Custody Evaluators (co-presented) – Association of Family and Conciliation Courts 9th Symposium on Child Custody Evaluations. Cambridge, MA 2010

What Lawyers and Custody Evaluators Need to know about Child Development – Association of Family and Conciliation Courts Annual Conference. Orlando, FL 2011

Evaluations under Sections 604(b) and 604.5 – Illinois State Bar Association's Attorney Education in Child Custody and Visitation Matters in 2012 and Beyond. Champaign, IL 2012

Custody Evaluations: 604 (b) & 604.5 – The KCBA and the Family Law Committee 2013 Family Law Seminar. Geneva, IL 2013

Domestic Relations Division's Child Representative Continuing Legal Education Seminar – Effect of Removal During and After Childhood. Chicago, IL 2013

Kane County Bar Association – Guardian ad Litem Training Seminar. St. Charles, IL 2014

Kane County Bar Association – David Peskind Family Law Seminar. Geneva, IL 2014

Northwest Suburban Bar Association – Matrimonial Law CLE. Palatine, IL 2016

Kane County Bar Association - Family Law Conference, Nashville, TN 2016

Lake County Bar Association – Custody Evaluators Panel, Waukegan, IL 2016

IICLE Family Law Institute – New Parentage Act & the Problem of Disconnected Parenting, 2016

AAML – Columbus Day Seminar – Oakbrook, IL 2016

Lake County Bar Association – Litigants using the Court System to Perpetuate Abuse, Charleston South Carolina April 2018

Parental Alienation. DuPage County Bar Association's Family Law & Practice MCLE meeting - March 2019

Analysis of a Forensic Mental Health Report. ISBA Law Ed CLE for Illinois Lawyers – New Orleans, LA - April 2019

Confidentiality Impasse. ISBA Law Ed CLE for Illinois Lawyers – New Orleans, LA - April 2019

"Isolation" of Therapists under Section 607.6 of the IMDMA. IICLE Family Law Institute, Chicago IL – April 2019

Maximizing Fairness:  Understanding the effects of psychology and implicit bias in mediations and arbitrations – IICLE September 2020

NWSBA: Matrimonial Law CLE on the topic "What Do We Do if the Client is a Nut Job" February 2021

WBAI: Advanced Family Law Methods: Reunification Therapy as a Resource in Mediation
March 2021

MCBA: 2021 Guardian Ad Litem Child Representative Certification Seminar
October 2021

NWSBA: Matrimonial Law CLE on the topic "Reunification Counseling"
February 2022



IICLE Family Law Institute- Understanding Reunification Therapy
April 2022
NWSBA: Matrimonial Law CLE webinar "Understanding the Use and Misuse of Anxiety and Trauma in Family Law"
February 2023

**Other Trainings Presented**
Dynamics and Assessment of Teen Dating Violence
Understanding the Dynamics of Domestic Violence
How to Assess for Domestic Violence
Violence in the Workplace
Issues in Anger Management and Aggression: Understanding the Differences between Anger Management and Domestic Violence
Enhancing Treatment Compliance with Resistant Clients
Adolescent Anger Management Assessment and Treatment
Assessing for Suicidal and Homicidal Ideation and Risk
Solution Focused Therapy Skills
Cognitive Behavioral Theory and Therapy
Parenting Education
Child Behavior Management for Group Leaders
Domestic Violence, Parental Alienation & Substance Abuse
Effects of Screentime on Children
Understanding dynamics of men Who Batter
215s, 604s and Alienation/Estrangement
The misuse of trauma in the family court system

<u>**Keynote Presentation**</u>
Hope for Change: Working with Male Perpetrators of Domestic Violence

2nd Circuit Court Family Violence Symposium
13th Judicial Court Family Violence Symposium

<u>**Family Violence-Related Awards and Certificates**</u>
2006   State of Illinois Senate Recognition                Springfield, Illinois
2004   WINGS – President's Circle                          Rolling Meadows, Illinois
2002   Partner in Peace Award    Community Crisis Center   Elgin, Illinois
2001   Creating a Process of Change for Men who Batter     Duluth, Minnesota

<u>**Selected Additional Specialized Training**</u>

| | |
|---|---|
| AFCC Illinois Annual Conference – Tips and Techniques for interviewing Children | 2023 |
| AFCC Symposium on Child Custody Evaluations | 2022 |
| AFCC Annual Conference, The Use, Misuse and Abuse of Technology in Family Law | 2022 |
| AFCC Webinar, All Dressed Up and Nowhere to Go Attachment Measures and Theory in Family Law Practice | 2021 |



| | |
|---|---|
| AFCC Webinar series, Parent Child Contact Problems | 2020 |
| AFCC Annual Conference, The Future of Family Justice | 2019 |
| AFCC Annual Conference, Compassionate Family Court Systems | 2018 |
| AFCC Baltimore Advanced Training for Custody Evaluators | 2017 |
| AFCC Symposium on Child Custody Evaluations | 2016 |
| AAML Conference on Advanced Issues in Child Custody | 2015 |
| AFCC Annual Conference | 2015 |
| Association of Family and Conciliation Courts 51st Annual Conference, Navigating The Waters of Shared Parenting Guidance from the Harbour | 2014 |
| Association of Family and Conciliation Courts/American Academy of Matrimonial Lawyers, Advanced Issues in Child Custody: Evaluation, Litigation and Settlement | 2013 |
| AFCC Annual Symposium on Child Custody Evaluations | 2012 |
| Association of Family and Conciliation Courts/American Academy of Matrimonial Lawyers, Advanced Issues in Child Custody | 2011 |
| Association of Family and Conciliation Courts Annual Conference | 2011 |
| Association of Family and Conciliation Courts Child Custody Symposium | 2010 |
| Introduction to the MMPI-2-Restructured Form | 2009 |
| Association of Family and Conciliation Courts Custody Evaluation Symposium | 2008 |
| The Battle Between Abuse and Alienation: Assessment, Diagnosis And Interventions | 2008 |
| Collaborative Law Institute of Illinois Advanced Communication Skills | 2008 |
| Association of Family and Conciliation Courts Custody Evaluation Symposium | 2006 |
| Collaborative Law Institute of Illinois 2-day Training | 2006 |
| Domestic Violence 40-hour training | 1999 |

## **GRADUATE PSYCHOLOGY COURSES**

### **Clinical**
Psychopathology I: Adult Axis I Disorders
Psychopathology II: Adult Axis II Disorders
Brief Individual Therapy
Client Centered Psychotherapy
Cognitive Behavioral Theory and Therapy
Advanced Cognitive Behavioral Theory and Therapy
Diagnostic Practicum Seminar
Family and Marital Therapy
Clinical Psychopharmacology
Forensic Issues and Assessment of Abuse Populations
Professional Ethics and Conduct

### **Theoretical/Therapeutic**
History and Systems of Psychology


Child Development
Adolescent Development
Psychoanalytic Theory and Psychotherapy
Biological Basis of Behavior
Statistics and Research Design Methodology
Treatment Issues in the Counseling of Diverse Populations
Cognitive and Affective Basis of Behavior

**Assessment**
Assessment: Objectives (MMPI-II, MCMI-III, MBTI, 16PF)
Assessment: Projectives (TAT, RISB, CAT, KFD, HTP)
Assessment: Intellectual (WAIS-R, WAIS-III, WISC-III)
Assessment: Rorschach
Assessment: Battery
Assessment: Neuropsychological

**Doctoral Dissertation**
Finn, D.B. (1999). The impact of managed care on the delivery of psychotherapy services in private practice. Unpublished doctoral dissertation, Illinois School of Professional Psychology, Rolling Meadows.

**GRADUATE COUNSELING COURSES**

**Clinical**
Marriage and Divorce Counseling
Principles of Group Counseling
Career and Lifeplanning Across the Lifespan (Vocational Guidance Inventories)
Community Counseling
Counseling and the Dynamics of Aging
Pre-Practicum in Counseling
Practicum in Counseling
Internship in Counseling

**Theoretical**
Human Development: Child, Adolescent, Adult
Legal and Social Change in Education
Interpersonal and Organizational Behavior (MBTI)
Theories and Techniques of Counseling

**Assessment**
Appraisal of the Individual (WISC-R, WAIS-R, KABC)



2500 W Higgins Rd. Suite 1131 • Hoffman Estates, Illinois 60169 • Ph: 847-483-0800

### Research
Education Research Applications

### Masters Thesis
Finn, D.B. (1995).  <u>Providing effective care to children and adolescents residing in a residential care facility: An evaluation of the therapeutic crisis intervention training protocol.</u>  Unpublished master's thesis, Bradley University, Peoria, Illinois.

## FIELD PLACEMENT EXPERIENCE

### Doctor of Psychology Internship:

| | |
|---|---|
| September, 1998 to September, 1999 | **Alexian Brothers Northwest Mental Health Center** <br> **Palatine, Illinois** |

Responsible for providing individual, group and family psychotherapy and when indicated, psychodiagnostic assessment, to children, adolescents and adults with chronic and/or severe Axis I and Axis II diagnoses. Also responsible for providing supervision and consultation to practicum students and staff in the form of educational seminars and presentations, as well as supervision of students as requested. Supervision responsibilities include chart review, and consultation regarding clients. Additional responsibilities include overseeing the development of domestic violence counseling for offenders, including the initiation of a treatment group for this population and facilitation of staff trainings.

### Psychotherapy Practicum:

August 1997 to June 1998      **Alexian Brothers Northwest Mental Health Center**
                              **Palatine, Illinois**

Responsibilities included providing individual and group therapy to children, adolescents and adults with chronic and/or severe Axis I or Axis II diagnoses.  Range of symtomatology includes psychosis, schizophrenia, depression, eating disorders, anxiety disorders, and personality disorders.  Additional responsibilities included providing educational consultation to practicum students and staff.

### Psychodiagnostic Practicum:

August 1996 to June 1997      **Affiliated Doctors of Clinical Psychology P.C**
                              **Wood Dale, Illinois**

Responsibilities included administering individual assessments and assessment batteries as indicated to children, adolescents and adults including inpatient and


outpatient psychiatric populations.  Additional responsibilities included providing individual outpatient therapy to children, adolescents and adults.

**Counseling Internship:**

January 1995 to May 1995          **Children's Home Family Service Center**
                                  **East Peoria, Illinois**

Worked in the Intensive Therapeutic Services (ITS) division providing individual and family counseling to children and adolescents residing in DCFS foster homes who were referred for services due to the severity of their behavioral and emotional problems.  Provided emergency psychiatric evaluation screenings as SASS affiliated worker.  Responsibilities included developing treatment plans, quarterly progress reports, and attending all school and DCFS staffings.  Supervision provided by LCSW and licensed clinical psychologist.

**Counseling Practicum:**

August 1994 to January 1995       **Children's Home Academy**
                                  **Peoria, Illinois**

Provided individual and group counseling to children and adolescents residing in a residential care facility.  Also provided parent training and family counseling for children planning to return home following residential treatment.  Primary caseload consisted of client's diagnosed with conduct disorders, anxiety disorders and affective disorders.  Responsibilities included formulating treatment plans, quarterly progress reports, attending school staffings and DCFS administrative case reviews (ACR).

## PROFESSIONAL EXPERIENCE

June 1998 to Present              **Associates in Human Development Counseling, LLC**
                                  **Arlington Heights, Illinois**

**Owner/Principle Member**
Provide court-ordered and non court-ordered outpatient counseling for children, adolescents and adults in individual, family, couples and group counseling modalities.  Specialize in working with high conflict families including parents and children involved in high conflict divorce and contested custody disputes.  Also specializing in evaluation and intervention of domestic violence and parental alienation.  Regularly appointed to conduct mediation and court ordered evaluation under sections 215 (d), 604(b) and 604.5.   Facilitate protocol-compliant domestic violence groups for male offenders of domestic violence.  Other professional responsibilities include supervising Master



Degree and Doctoral Candidates completing externship requirements through the Associates in Human Development Counseling, LLC.

| | |
|---|---|
| June 2008 to December 2009 | **Adler University** <br> **Chicago, Illinois** |

### Adjunct Professor
Development and delivery of course content, lectures and evaluation procedures for graduate psychology courses.  Courses taught include basic interviewing and intervention and consultation and supervision.

| | |
|---|---|
| September 1998 to 2000 | **Roosevelt University** <br> **Chicago, Illinois** |

### Adjunct Professor
Development and delivery of course content, lectures and evaluation procedures for undergraduate and graduate psychology courses.

| | |
|---|---|
| September 1997 to June 1999 | **Illinois School of Professional Psychology** <br> **Rolling Meadows, Illinois** |

### Teaching Assistant
Assisted in consultation, supervision and evaluation of students in statistics, research methodology and cognitive behavioral theory courses.

| | |
|---|---|
| June 1996 to <br> December, 1999 | **Illinois School of Professional Psychology** <br> **Rolling Meadows, Illinois** |

### Instructor
Development and delivery of course content, lectures and evaluation procedures for undergraduate prerequisite courses.

| | |
|---|---|
| August 1995 to June 1997 | **University Practice Associates** <br> **Chicago, Illinois** |

### Therapist
Provided individual, marital and family therapy to managed care members residing in the south suburban Chicago area.  Responsibilities included formulating initial



evaluation, treatment plan and closing reports.  Weekly supervision provided by a licensed clinical psychologist.

| | |
|---|---|
| May 1995 to August 1995 | **Children's Home Family Service Center** |
| | **East Peoria, Illinois** |

**Family Counselor III**
Full time employment in the ITS division with responsibilities as detailed above in "counseling internship" section.  Left this position to pursue doctoral education in Chicago, Illinois.

| | |
|---|---|
| August 1993 to June 1994 | **Zeller Mental Health Center** |
| | **Peoria, Illinois** |

**Educational Assistant**
Provided educational assistance to children and adolescents attending on-grounds Special Education classes at this state-operated psychiatric hospital.  Received training in the use of physical restraints and behavioral management systems.

**Community Activities**

| | |
|---|---|
| 1997 to 1998 (summers) | **Decoma Day Camp** |
| | **Northbrook, Illinois** |

**Staff Director/Head Counselor**
Provided training and supervision to staff concerning interpersonal development of children and adolescents, as well as professional skill development issues.  Supervised 20 to 30 staff members.

| | |
|---|---|
| 1996 to 1998 | **Tripp Elementary School** |
| | **Buffalo Grove, Illinois** |

**Instructor**
Prepared and taught curriculum including music theory, computer skills, Spanish language and culture, creative writing, and elective sports to children participating in after school program activities.

| | |
|---|---|
| 1996 | **Oakton Community College Extension** |
| | **Park Ridge, Illinois** |

**Instructor**
Prepared and taught curriculum in Spanish language and culture to first through fifth grade students.



| 1984 to 1996 | **Decoma Day Camp**  **Northbrook, Illinois** |
|---|---|

**Group Activity Counselor**
Provided guidance and leadership to boys aged 5 to 12 in groups consisting of between eight and sixteen members. Consulted with parents regarding intrapersonal and interpersonal development of children.

| 1988 to 1999 | **Private Piano Instructor** |
|---|---|
| 1998 to 2000 | **Red Cross Water Safety Instructor** |
| 1985 to 1995 | **Volunteer Big Brother** |

**PROFESSIONAL INTERESTS**
Child Custody Evaluation
Domestic Violence Education and Prevention
Conflict Resolution Skills for Children and Adolescents and Adults
Co-Parenting in High Conflict Families
Awareness of Teen Dating Violence
Brief Solution Focused Therapy Applications
Application of Psychological Principles to Corporate and Industrial Settings
Work with Forensic Populations, including Custody Evaluations
Therapy and Supervision of Therapy with Children and Adolescents
Supervisory and Organizational Applications
Workplace Violence Consultation and Training

**PROFESSIONAL AFFILIATIONS**
Licensed Clinical Psychologist, Illinois (Lic. #071-006842)
American Psychological Association
Association of Family and Conciliation Courts
Supervised Visitation Network