UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

---

JAVIER AGUIRRE,

    Petitioner,

v.

RACHEL TILLMAN,

    Respondent.

Case No. 23-cv-01871-GPG-MDB

---

**PETITIONER'S DESIGNATION OF REBUTTAL EXPERT WITNESSES**

---

In accordance with *Federal Rule of Civil Procedure 26* and this Court's Scheduling Order (*Doc. No. 23*), Petitioner, Javier Aguirre ("Petitioner"), by his undersigned counsel, provides this Designation of Rebuttal Expert Witnesses[1], and states as follows:

1. Petitioner designates the following affiant as a rebuttal expert in the field of forensic and clinical psychology:

    A.    <u>Dr. David Finn</u>
             Doctor of Psychology
             Associates in Human Development Counselling, LLC
             1625 West Colonial Parkway, Floor 2
             Inverness, Illinois 60067
             United States of America
             dfinn@ahdcllc.com

    B.    Petitioner intends to present Dr. David Finn as a rebuttal expert witness pursuant to *Federal Rule of Civil Procedure 44.1* and *Article 14* of the Convention.

    C.    Petitioner reserves the right to call Dr. Finn as a rebuttal expert witness to testify as to any affirmative defenses raised by the Respondent pursuant to the Hague Convention. If

---

[1] This designation has been drafted by Counsel for Petitioner and not the named expert. Petitioner reserves the right to have the designated expert expand on his opinions.

Petitioner calls Dr. Finn as an expert witness to testify live at the evidentiary hearing, Dr. Finn is designated as an expert in the field of forensic science and clinical psychology.

D. The rebuttal testimony of Dr. Finn is expected to include (i) a complete statement of all opinions the witness will express and the basis and reasons for them; (ii) the facts or data considered by the witness in forming them; (iii) any exhibits that will be used to summarize or support them; and (iv) proffer rebuttal testimony that is expected to include but is not limited to the opinion that after a review of the pleadings, discovery, and deposition transcript of the Respondent that the return of the minor children to Colombia does not pose a grave risk to the minor children under *Article 13(b)* of the Hague Convention.

E. Dr. Finn's qualifications are attached hereto as **Exhibit A**.

F. Dr. Finn is to be paid a retainer fee of $5,000.00 by Petitioner for his study and preparation of his testimony. In the event Dr. Finn must testify live at the evidentiary hearing in this matter, he shall be further compensated for his time in preparation for any such testimony, and for his time providing any such testimony, at a rate to be determined by Dr. Finn. Petitioner will supplement this designation with Dr. Finn's further compensation in the event Dr. Finn must testify live at the evidentiary hearing.

2. Petitioner reserves the right to call as a witness on his behalf any rebuttal expert witness designated by Respondent.

Dated this 8th day of January, 2024.

MASTERS LAW GROUP LLC
Anthony G. Joseph, Esq.
Erin E. Masters, Esq.
30 N. LaSalle Street, Suite 2250
Chicago, Illinois 60602
Phone : (312) 609-1700
Facsimile : (312) 893-2002
ajoseph@masters-lawgroup.com

Respectfully submitted

/s/ Anthony G. Joseph
One of Petitioner's Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2024, a copy of the foregoing *Designation of Rebuttal Expert Witnesses* was served by email on all counsel of record.

/s/ Anthony G. Joseph
One of Petitioner's Attorneys