FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 21, 2024

Christopher M. Wolpert  
Clerk of Court

———————————————

JAVIER AGUIRRE,

   Petitioner - Appellee,

v.

RACHAEL TILLMAN,

   Respondent - Appellant.

No. 24-1109  
(D.C. No. 1:23-CV-01871-GPG-MDB)  
(D. Colo.)

———————————————

**ORDER**

———————————————

This matter is before the court on the parties' stipulation to dismiss, which the court construes as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). The motion, as construed, is granted. Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk