UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | May 21, 2024 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Maya M Eckstein
Hunton Andrews Kurth
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Alexandra U. Goldstein
3300 East First Avenue
Suite 390
Denver, CO 80206

Mr. Anthony Joseph
Masters Law Group
30 North LaSalle, Suite 2340
Chicago, IL 60602

Ms. Erin E. Masters
Ms. Hailey Morgan McGillivray
Masters Law Group
1900 Spring Road, Suite 530
Oak Brook, IL 60604

**RE:**     24-1109, Aguirre v. Tillman
           Dist/Ag docket: 1:23-CV-01871-GPG-MDB

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp